In the Matter of SIDNEY OGLESBY, as Onondaga County Commissioner of Jurors, et al., Respondents, v LANGSTON C. McKINNEY, as Syracuse City Court Judge, Appellant, et al., Respondent.

Submitted September 5, 2006; decided September 12, 2006

Motion by Office of Court Administration for leave to file a brief amicus curiae on the appeal herein granted. Two copies of the brief may be served and 24 copies filed within 10 days.

Chief Judge KAYE taking no part.